UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GABRIEL RODRIGUEZ AND SARAH GIESMAN, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:18-cv-1123 |
| v. | : | Chief Judge Algenon L. Marbley |
| LIFE TIME FITNESS, *et al.*, | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

### ORDER OF DISMISSAL

As stated on the record at the Status Conference of November 17, 2021, the parties' Court-approved FLSA collective action Settlement Agreement (ECF No. 45) has resolved this case fully. No further action is required from the Court. Therefore, this case is **DISMISSED WITH PREJUDICE** pursuant to the Settlement Agreement.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 17, 2021